M. P. No. 75-290. STATE *v.* EUGENE S. FOUNTAIN *et al.* The Attorney General is directed to file his answer to the petition for writ of habeas corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with the provisions of Rule 14. Roberts, C. J. not participating. *Julius C. Michaelson,* Attorney General, for plaintiff-respondent. *Raymond J. Daniels,* for defendant-petitioner.

M. P. No. 75-291. EDWARD T. DILLON *v.* KIRSHENBAUM & KIRSHENBAUM, *Attorneys at Law, Inc. et al.* Petition for writ of certiorari is granted. The decree of the Family Court entered on the 3rd day of October 1975 in this cause is stayed until further order of court. Roberts, C. J. not participating. *Edward T. Dillon,* pro se. *Kirshenbaum & Kirshenbaum,* pro se.

C. A. No. 73-252. STATE *v.* DANIEL L. MALOOF *et al.* Motion for an attorney's fee and costs, pursuant to G. L. 1956 (1969 Reenactment) §9-24-32, is granted. Matthew J. Faerber is awarded the sum of $875. Roberts, C. J. not participating. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Matthew J. Faerber,* for defendant.

C. A. No. 74-17. STATE *v.* STEPHEN G. ROLLINS AND CHARLES MARCHETTI. Defendants are ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Carmine A. Rao,* Asst. Public Defender, for defendants.